■ In the Matter of CLARENCE N. JOHNSON, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.— In a disciplinary proceeding against an attorney, the Referee filed his report in which he finds respondent guilty of

the charges made against him and recommends his disbarment. Petitioner now moves to confirm the Referee's report. Motion granted, report confirmed; respondent disbarred and his name ordered to be struck from the roll of attorneys. Beldock, P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.